THOMAS, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(E), Ala. RApp. P.; Rule 45, Ala. RApp. P.; Ex parte Clark, 23 So.3d 1107, 1116 (Ala.2009); Bush v. Alabama Farm Bureau Mut. Cas. Ins. Co., 576 So.2d 175, 177 (Ala.1991); State Farm Mut. Auto. Ins. Co. v. Motley, 909 So.2d 806, 821-22 (Ala.2005); Johnson v. Langley, 495 So.2d 1061, 1065 (Ala.1986); Flomer v. Farthing, 64 So.3d 36, 39 (Ala.Civ.App.2010); and Amie v. Conrey, 801 So.2d 841, 846 (Ala.Civ.App.2001).
The appellant’s request for an attorney fee is denied. The appellee’s request for an attorney fee on appeal is granted in the amount of $2,000.
PITTMAN and MOORE, JJ., concur.
BRYAN, J., concurs specially, which THOMPSON, P.J., joins.